IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>ANGELA Y. AMADOR<br>    Debtor | Case No. 22-10019-pmm<br><br>Chapter 13 |
| PHH MORTGAGE CORPORATION<br>    Movant | |
| vs.<br>ANGELA Y. AMADOR<br>    Respondent | 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this  6th  day of  September , 20 22 , at **READING**, upon Motion of PHH Mortgage Corporation (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 114 Farm View Court, Douglassville, Pennsylvania 19518 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

~~**ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;~~

**ORDERED** that Fed. R. Bankr. P. 3002.1 is no longer applicable to Movant, its successors or assignees.

_Patricia M. Mayer_
_____
Patricia M. Mayer
BANKRUPTCY JUDGE